**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DONNA GEE AND DONNA GEE
AS TRUSTEE OF THE
DONNA GEE REVOCABLE TRUST
DATED MAY 15, 2014

      Plaintiffs,

v.                            Case No: 2:23-cv-00490-SPC-KCD

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

      Defendants.

_____/

### Mediation Report

      The parties held a mediation conference on January 26, 2024, and the results of that conference are indicated below.

**1.  Attendance**

      The following participants attended the mediation conference:

      ☑ lead counsel

      ☑ the parties or a party's surrogate satisfactory to the mediator

      ☑ any necessary insurance carrier representative

      List any unexcused absence or departure from the mediation conference:

_____ none _____
_____
_____
_____

**2.  Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

      ☑    The parties completely settled the case.

      ☐    The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

_____

☐    The parties agreed to continue the mediation conference.  The mediator will file another mediation report within seven days after the continued conference.

☐    The parties have reached an impasse.

_____
Kimberly Sands, Mediator
Mediator # 14737R
Upchurch Watson White & Max
1400 Hand Ave, Suite D
Ormond Beach, FL  32174
386-253-1560 phone